UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CASSANDRA MYOSHI STITH, | CASE NO. 1:20-cv-02312 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 13] |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Cassandra Myoshi Stith seeks judicial review of the Defendant Commissioner of Social Security final decision denying her applications for Disability Insurance Benefits and Supplemental Security Income. On January 31, 2021, then-Magistrate Judge David A. Ruiz recommended that the Court reverse and remand the Commissioner's decision.[1]

Under the Federal Magistrates Act, a district court reviews *de novo* those portions of a Report and Recommendation to which the parties have objected.[2] Absent objection, a district court may adopt a Report and Recommendation without review.[3]

Here, no party has objected to the Report and Recommendation, so this Court may adopt the Report and Recommendation without further review.[4] Moreover, having conducted its own review of the petition and record, the Court agrees with Judge Ruiz's

---

[1] Doc. 13.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).
[4] Objections were due by February 14, 2022. Doc. 14.

Case No. 1:20-cv-02312
Gwin, J.

conclusions that the ALJ decision does not adequality evaluate certain medical evidence.

Accordingly, the Court **ADOPTS** Judge Ruiz's Report and Recommendation, incorporating it fully herein by reference, **REVERSES** the Commissioner's final decision, and **REMANDS** this case consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: February 17, 2022          *s/     James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE